IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § | No. 3:13-CR-127-D |
| § § | |
| JESSE BRISTER § | |
| a.k.a. "Bozo" § | |

## FACTUAL RESUME

Jesse Brister, the defendant, Bill Pedersen, III, the defendant's attorney, and the United States of America agree to the law and facts as follows:

### ELEMENTS OF THE OFFENSE

In order to prove the offense alleged in Count One of the indictment, that is, mailing threatening communications in violation of 18 U.S.C. § 876(c), the government must prove each of the following elements beyond a reasonable doubt:

*First*:    That the defendant knowingly caused to be delivered by the Postal Service a threatening communication;

*Second*:    That the threatening communication involved a threat to injure the person of another; and

*Third*:    That the threatening communication was addressed to a Federal law enforcement officer or official who is covered by 18 U.S.C. § 1114.

## STIPULATED FACTS

Jesse Brister is a member of the Aryan Brotherhood of Texas (ABT). He has self-identified as such - a proud member of the ABT family; and Texas prison officials also list him as a member that security threat group. In March of 2013, Brister was a Texas state incarcerated inmate at the Telford Unit, located in or near New Boston, Texas.

On or about March 21, 2013, Brister wrote and signed a letter addressed to:

> ATTN: U. S. Attorney
> Jim Jacks
> 1100 Commerce ST
> Earle Cabell Federal Bldg. 3rd Floor
> Dallas, Texas 75242-1699.

In this letter, Brister wrote, among other things, that

> "[p]roudly, I am writing this letter to this Federal Building and . . . but I am intending it to the Federal Department point blank. Our demands are simple; you have apprehended members of our family; Big Terry, Jive, Baby Huey, and others in our Dallas/Ft. Worth region. ... If your federal government does not drop the current charges on these ABT members my circle/family will start with DA's not involved in these cases, then Mr. Larry Breuer (sic), then anyone else involved. We have a list of names Judges included."

Pending in the Southern District of Texas at the time of his letter was a Racketeering indictment against the ABT and its leaders and soldiers. All of the ABT members mentioned above in Brister's letter were under federal indictment in Houston. In a second letter Brister sent to the United States Attorney's Office, dated March 28, 2013, Brister urged the Feds to make a peace treaty with the ABT because, "trust me its not fun having to search the DA's, U.S. Attorneys, Judges, and so on and so forth vehicles

Factual Resume - Page 2

everyday for bombs . . . ."

Approximately ten days after Brister wrote his first letter, Kaufman County District Attorney Mike McLelland and his wife were gunned down in their home in what appeared to be a well-orchestrated assassination.

Brister was obviously interviewed by federal and state law enforcement officers regarding this letter, and others that he sent.  Brister admitted to writing to these letters and though he initially claimed otherwise, he ultimately denied any involvement of the ABT in any of the Kaufman County murders (Assistant District Attorney Mark Hasse had been murdered earlier in 2013).

Brister admits and acknowledges that on or about March 21, 2013, in the Dallas Division of the Northern District of Texas, he knowingly caused to be delivered by the Postal Service according to the directions thereon a communication addressed to the United States Attorney, a Federal law enforcement officer and official who is covered by 18 U.S.C. § 1114, at 1100 Commerce Street, Third Floor, Dallas, Texas, containing a threat to injure the person of another in retaliation for the prosecution of members of the Aryan Brotherhood of Texas, in violation of 18 U.S.C. § 876(c).  Brister further admits and acknowledges that the United States Attorney is Federal law enforcement officer or official who is covered by 18 U.S.C. § 1114.

The above facts are true and correct.

_____
Chad E. Meacham
Assistant United States Attorney

_____   8-19-13
Jesse Brister                      _____
Defendant                          Date

_____   8/19/13
Bill Pedersen, III                 _____
Attorney for Defendant             Date

Factual Resume - Page 4